PATRICK H. HICKS, ESQ., Bar # 004632
RACHEL SILVERSTEIN, ESQ., Bar # 11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
e-mail:  phicks@littler.com
e-mail:  rsilverstein@littler.com

Attorneys for Defendant
FREEMAN EXPOSITIONS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENNY JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FREEMAN EXPOSITIONS, INC., a Foreign Company doing business in Nevada; DOES 1 through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No.:  2:14-cv-01872-JAD-NJK<br><br>MOTION FOR EXCEPTION TO ATTENDANCE REQUIREMENTS FOR EARLY NEUTRAL EVALUATION SESSION<br><br>ENE DATE:  MARCH 18, 2015<br><br>ENE TIME:  9:30 A.M.<br><br>MAGISTRATE JUDGE PEGGY A. LEEN |

  Defendant FREEMAN EXPOSITIONS, INC. (hereinafter "Defendant"), by and through its attorneys of record, hereby files this Motion requesting permission to excuse Defendant's insurance representative from participation in the Early Neutral Evaluation ("ENE") Session set for March 18, 2015.

  The Order Scheduling ENE Session (Dkt. #10) requires a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim to be present.  Defendant requests an exception to this requirement because Defendant has a Five Hundred Thousand Dollar ($500,000.00) self-insured retention on its insurance policy covering this matter.  In light of the value of this claim, Defendant does not believe there is any reasonable good faith possibility that the indemnity will be triggered.  Therefore, Defendant believes that it will be more efficient and

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

economical to excuse the insurance representative from attendance. In the alternative, Defendant respectfully requests that the insurance carrier representative be permitted to appear by telephone if necessary.

In consideration of the above, Defendant respectfully requests that the Court grant its request to excuse the attendance of an insurance representative.

Dated: March 3, 2015.

Respectfully submitted,

/s/ Rachel Silverstein, Esq.
PATRICK H. HICKS, ESQ.
RACHEL SILVERSTEIN, ESQ.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
FREEMAN EXPOSITIONS, INC.

**IT IS SO ORDERED.**

DATED: March 5, 2015

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On March 3, 2015, I served the within document(s):

**MOTION FOR EXCEPTION TO ATTENDANCE REQUIREMENTS FOR EARLY NEUTRAL EVALUATION SESSION**

[x] by serving the following parties electronically through CM/ECF.

[ ] by facsimile transmission at or about _____ on that date. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

[ ] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

[ ] by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Law Office of Daniel Marks
Daniel Marks, Esq.
Teletha L. Zupan, Esq.
610 South Ninth Street
Las Vegas, NV 89101

Attorneys for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2015, at Las Vegas, Nevada.

/s/ Maribel Rodriguez
Maribel Rodriguez

Firmwide:132048244.1 060874.1006

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800