PATRICK H. HICKS, ESQ., Bar # 004632
RACHEL SILVERSTEIN, ESQ., Bar # 11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
e-mail: phicks@littler.com
e-mail: rsilverstein@littler.com

Attorneys for Defendant
FREEMAN EXPOSITIONS, INC.

DANIEL MARKS, ESQ., Bar # 002003
TELETHA L. ZUPAN, ESQ., Bar # 12660
LAW OFFICE OF DANIEL MARKS
610 South Ninth Street
Las Vegas, NV 89101
Telephone: 702.386.0536
Fax No.:    702.386.6812
email: office@danielmarks.com

Attorneys for Plaintiff
BENNY JACKSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENNY JACKSON,<br><br>             Plaintiff,<br><br>vs.<br><br>FREEMAN EXPOSITIONS, INC., a Foreign Company doing business in Nevada; DOES 1 through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>             Defendants. | Case No.:  2:14-cv-01872-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, BENNY JACKSON ("Plaintiff") and Defendant FREEMAN EXPOSITIONS, INC. (hereinafter "Defendant"), by and through their respective counsel, do hereby stipulate and

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

respectfully request an order dismissing the entire action with prejudice.

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: April 7th, 2015

LAW OFFICE OF DANIEL MARKS

By: /s/
DANIEL MARKS, ESQ.
TELETHA L. ZUPAN, ESQ.

Attorneys for Plaintiff
BENNY JACKSON

Dated: April 10, 2015

LITTLER MENDELSON

By: /s/ Rachel Silverstein
PATRICK H. HICKS, ESQ.
RACHEL SILVERSTEIN, ESQ.

Attorneys for Defendant
FREEMAN EXPOSITIONS, INC.

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: April 13, 2015.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:132624679.1 060874.1006

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.